UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: BRIAN R. MARTINOTTI  Date: 02/04/2025
Court Reporter: TAMMERA WITTE  Docket No: 2:19-760-BRM-01

Title of the Case:

UNITED STATES OF AMERICA
v.
HERBERT CHEEKS

Appearances:

Megan Linares, AUSA
Stacy A. Biancamano, Attorney for Defendant
Natalie Shreve & Donovan Hammond, USPO

Nature of Proceedings: Sentencing

Conference held in chambers
Deft. Present & sworn
SENTENCE: Time Served, on each of Counts 1 and 2, to run concurrently.
SUPERVISED RELEASE: 4 Years. This term consists of 4 years on Count 1 and 3 years on Count 2, to run concurrently.
Special Assessment: $200 ($100 per Count, due immediately)
Special Conditions:
- Alcohol/Drug Testing Treatment
- Consent to Search
- Life Skills/Education
- DMV Compliance

Fine: WAIVED
Defendant was advised of his right to appeal.
Court ordered Bail continued.

Commenced: 12:00 PM
Concluded: 12:55 PM

Lissette Rodriguez, Courtroom Deputy
to the Hon. Brian R. Martinotti U.S.D.J.